Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellant.

No. 04–7098.

United States Court of Appeals, Federal Circuit.

June 17, 2004.

Martin F. Hockey, Jr., Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Nancy Lorena Foti, Principal Attorney, Washington, DC, for Claimant–Appellee.

*ORDER*

RADER, Circuit Judge.

The Secretary of Veterans Affairs moves for leave to file his motion to vacate the Court of Appeals for Veterans Claims' decisions in *Terry v. Principi*, 01–1854, 2003 WL 23095253 (Vet.App. Nov. 16, 2003), and remand the case for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed. Cir.2004) out of time, with motion attached. Terry has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to file out of time is granted.

(2) The motion to vacate and remand is granted.

NORTHPOINT TECHNOLOGY, LTD., Plaintiff–Appellant,

v.

MDS AMERICA, INC. and MDS International, S.A.R.L., Defendants–Cross Appellants.

Nos. 04–1383, 04–1398.

United States Court of Appeals, Federal Circuit.

June 21, 2004.

Michael K. Kellogg, Principal Attorney, Richard H. Stern, Eugene M. Paige, John

C. Rozendaal, Of Counsel, Kellogg, Huber, Washington, DC, for Plaintiff–Appellant.

James H. Laughlin, Jr., Principal Attorney, Edward A. Pennington, Robert C. Bertin, Thomas Silvio Valente, Of Counsel, Swidler Berlin, Washington, DC, for Defendant–Cross Appellant.

### ORDER

The appellant* having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

* Northpoint Technology, Ltd.